UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ramone Jacobo Garcia, | Case No. 2:25-cv-01137-CDS-BNW |
| Petitioner | Order Directing Petitioner to File an Application to Proceed in Forma Pauperis or Pay the Filing Fee |
| v. | |
| Warden Jeremy Bean, et al., | |
| Respondents | |

      Petitioner Ramone Jacobo Garcia, a Nevada prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1-1. Garcia has not paid the filing fee ($5.00) or filed an application to proceed *in forma pauperis* (IFP) on the correct form with the required attachments. Under 28 U.S.C. § 1915(a)(2) and the court's Local Rules (LSR 1-1, 1-2), a habeas petitioner unable to pay the filing fee must file an application for leave to proceed *in forma pauperis* on this court's approved form with both an inmate account statement for the past six months and a properly executed financial certificate.

      Instead of meeting with these requirements, Garcia has submitted a document styled as an "Application to Appeal In Forma Pauperis" (ECF No. 1-3) and a note indicating that he is waiting for the accounting department to process his financial certificate (ECF No. 1-4). For this case to proceed, Garcia will be required to either pay the filing fee or perfect his application to proceed *in forma pauperis* by complying with the local rules.

      I therefore order that the initial screening of Garcia's petition for writ of habeas corpus (ECF No. 1-1) under Rule 4 of the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

I further order that by August 11, 2025, Garcia must file an IFP application on this court's form that includes a: (a) financial certificate signed by Garcia and an authorized prison official, (b) financial declaration and acknowledgement signed by Garcia, and (c) copy of Garcia's inmate account statement for the six-month period prior to filing. Alternatively, Garcia must pay the $5.00 filing fee by August 11, 2025. If Garcia decides to pay the filing fee from his inmate account, Garcia must arrange to have a copy of this order attached to the check for the filing fee. Garcia's failure to timely comply with this order or request an extension of time to do so will result in the dismissal of his petition without prejudice and without further advance notice.

Dated: June 27, 2025

_____
Cristina D. Silva
United States District Judge