# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ramone Jacobo Garcia, | Case No. 2:25-cv-01137-CDS-BNW |
| Petitioner | Order Denying IFP Application and Directing Petitioner to Pay Filing Fee |
| v. | |
| Warden Jeremy Bean, et al., | |
| Respondents | |

In response to my prior order directing him to either file an application to proceed *in forma pauperis* (IFP) or pay the filing fee for this habeas case (ECF No. 3), the petitioner, Ramone Jacobo Garcia, filed a financial certificate indicating that he is able to pay the full $5.00 filing fee. ECF No. 4. Construing the financial certificate as an application to proceed IFP, I will deny it.

I therefore order that the application to proceed IFP **[ECF No. 4] is DENIED**. Petitioner must have the $5.00 fee sent to the Clerk of Court by October 6, 2025, or this case will be dismissed.

I further order that the Clerk of Court is directed to SEND petitioner two copies of this order, and petitioner must make the necessary arrangements to have one of those copies attached to the check for the filing fee.

Dated: September 5, 2025

_____
Cristina D. Silva
United States District Judge