UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ramone Jacobo Garcia,

    Petitioner

v.

Warden Jeremy Bean, et al.,

    Respondents

Case No. 2:25-cv-01137-CDS-BNW

**Order Dismissing Case without Prejudice**

On September 5, 2025, I entered an order denying petitioner's motion to proceed *in forma pauperis* but giving him until October 6, 2025, to pay the $5.00 filing fee for this habeas corpus action. ECF No. 5. Petitioner has not complied with that order, so I dismiss this action. Reasonable jurists would not find this decision to be debatable or wrong, so I will not issue a certificate of appealability.

I therefore order that this action is dismissed without prejudice for petitioner's failure to comply with my order requiring payment of the filing fee. The Clerk of the Court is directed to enter judgment accordingly and close this case.

I further order that no certificate of appealability will issue.

Dated: October 24, 2025

_____
Cristina D. Silva
United States District Judge